

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

*Document Electronically Filed*  September 8, 2025

Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/9/25
```

**MEMO ENDORSED**

    Re:    Hudson v. Commissioner of Social Security
           <u>Docket No: 1:25-cv-04746-BCM</u>

Hon. Judge Moses:

    This letter respectfully requests an extension of time of sixty-seven (67) days for Plaintiff to file Plaintiff's Brief in this matter, to November 21, 2025. Plaintiff's Brief is currently due on September 15, 2025; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

    Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between September 5 and November 18, 2025, staff in Counsel's office have two hundred and seventeen (217) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

    Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the below briefing schedule. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This is Plaintiff's first request for an extension of time.

    If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before November 21, 2025;**
- **Defendant's Brief is due on or before January 20, 2026; and**
- **Plaintiff's Reply Brief, if any, is due on or before February 10, 2026.**

//
//
//

Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM
www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL  32817

Telephone: 315-701-5780, Fax: 315-701-5781

Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Counsel for Plaintiff

CC [via ECF]: Heetano Shamsoondar, Esq., Attorney for Defendant

**SO ORDERED.**

Dated: 9/9/25

_____
**Barbara Moses**
**U.S. Magistrate Judge**